



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2023

TAMMY H. DOWNS, CLERK
By: _____ CLERK
                        DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR301-KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| ANTHONY ROGERS, a/k/a ANT, | ) | 21 U.S.C. §§ 841(b)(1)(A), (B), (C), (D) |
| a/k/a TON, a/k/a TONY; | ) | 21 U.S.C. § 843(b) |
| LENCOYA STRAIN, a/k/a LEN; | ) | 18 U.S.C. § 922(g)(1) |
| KENNY THOMAS, a/k/a KENNY LOC; | ) | 18 U.S.C. § 924(c) |
| JOHN AMBROSELLI; | ) | 18 U.S.C. § 924(e) |
| TIMOTHY AKINS, a/k/a ESIDE; | ) | |
| TYRONE TACO BARKER; | ) | |
| MILKA BELL, a/k/a MALIK BELL, | ) | |
| a/k/a ACE BOOGIE; | ) | |
| YUHANNA CLINKSCALE, a/k/a NOCO; | ) | |
| RODRIGUEZ COLLIER; | ) | |
| CHARLES CREAL, a/k/a BOOM; | ) | |
| CARLOS DANIEL, a/k/a BOSS; | ) | |
| DEANDRE GATES, a/k/a GAMBLE; | ) | |
| KEVIN GINGER; | ) | |
| DEWARREN HOLMES, a/k/a D ROSE; | ) | |
| BRITNAY JIMENEZ; | ) | |
| CAVIN JOHNSON, a/k/a KELBO; | ) | |
| ERIC LOZANO; | ) | |
| ERRICK RACY, a/k/a ROOK; | ) | |
| DONNELL LAKEITH REED, aka KEITH; | ) | |
| OSBALDO RODRIGUEZ, a/k/a O, | ) | |
| a/k/a OZ; | ) | |
| ALFRED LEOTIS ROGERS, a/k/a | ) | |
| ALFRED RODGERS; | ) | |
| NICHOLAS ROGERS, a/k/a NICK; | ) | |
| MATTHEW ROTH; | ) | |
| AMY SLAUGHTER; | ) | |
| NENAD STELJIC, a/k/a NASH; | ) | |
| TERRENCE THORNTON, a/k/a TEE; | ) | |
| HENRY EARL LOCKHART, a/k/a LOCK | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

    A.    From in or about March 2021 continuing through in or about November 2022, in

the Eastern District of Arkansas and elsewhere, the defendants,

1

ANTHONY ROGERS, a/ka/ ANT, a/k/a TON, a/k/a TONY;
LENCOYA STRAIN, a/k/a LEN;
KENNY THOMAS, a/k/a KENNY LOC;
JOHN AMBROSELLI;
TIMOTHY AKINS, a/k/a ESIDE;
TYRONE TACO BARKER;
MILKA BELL, a/k/a MALIK BELL, a/k/a ACE BOOGIE;
YUHANNA CLINKSCALE, a/k/a NOCO;
RODRIGUEZ COLLIER;
CHARLES CREAL, a/k/a BOOM;
CARLOS DANIEL, a/k/a BOSS;
DEANDRE GATES, a/k/a GAMBLE;
KEVIN GINGER;
DEWARREN HOLMES, a/k/a D ROSE;
BRITNAY JIMENEZ;
CAVIN JOHNSON, a/k/a KELBO;
ERIC LOZANO;
ERRICK RACY, a/k/a ROOK;
DONNELL LAKEITH REED, aka KEITH;
OSBALDO RODRIGUEZ, a/k/a O, a/k/a OZ;
ALFRED LEOTIS ROGERS, a/k/a ALFRED RODGERS;
NICHOLAS ROGERS, a/k/a NICK;
MATTHEW ROTH;
AMY SLAUGHTER;
NENAD STELJIC, a/k/a NASH;
TERRENCE THORNTON, a/k/a TEE; and
HENRY EARL LOCKHART, a/k/a LOCK;

voluntarily and intentionally conspired with each other, and with others known and unknown to

the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance; a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance; a mixture and substance containing a detectable amount of N-

Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled

substance; and marijuana, a Schedule I controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

B.      With respect to ANTHONY ROGERS and ERIC LOZANO, the amount of

controlled substances involved in the conspiracy attributable to the defendant as a result of the

2

defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

C.      With respect to CHARLES CREAL, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 500 grams or more, but less than 5 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

D.      With respect to TIMOTHY AKINS, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

E.      With respect to ANTHONY ROGERS, LENCOYA STRAIN, CHARLES CREAL, and CARLOS DANIEL, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

F.      With respect to MATTHEW ROTH, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 50 grams of

3

a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

G.      With respect to ANTHONY ROGERS and CHARLES CREAL, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 40 grams or more, but less than 400 grams, of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

H.      With respect to CAVIN JOHNSON and DONNELL LAKEITH REED, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 40 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

I.      With respect to ANTHONY ROGERS, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 1,000 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

J.      With respect to MILKA BELL, ERIC LOZANO, DONNELL LAKEITH REED, AMY SLAUGHTER, and NENAD STELJIC, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 100 kilograms or more, but

less than 1,000 kilograms, of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

      K.      With respect to DEANDRE GATES and ERRICK RACY, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is more than 50 kilograms, but less than 100 kilograms, of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

      M.      With respect to LENCOYA STRAIN, KENNY THOMAS, JOHN AMBROSELLI, TIMOTHY AKINS, TYRONE TACO BARKER, YUHANNA CLINKSCALE, RODRIGUEZ COLLIER, KEVIN GINGER, DEWARREN HOLMES, BRITNAY JIMENEZ, CAVIN JOHNSON, OSBALDO RODRIGUEZ, ALFRED LEOTIS ROGERS, NICHOLAS ROGERS, TERRENCE THORNTON, and HENRY EARL LOCKHART, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

      All in violation of Title 21, United States Code, Section 846.

### COUNT 2

      On or about May 13, 2021, in the Eastern District of Arkansas, the defendants,

ANTHONY ROGERS,<br>
CAVIN JOHNSON, and<br>
DONNELL LAKEITH REED,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about May 13, 2021, in the Eastern District of Arkansas, the defendant,

DONNELL LAKEITH REED,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 4

On or about May 14, 2021, in the Eastern District of Arkansas, the defendant,

DONNELL LAKEITH REED,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 5

On or about July 12, 2021, in the Eastern District of Arkansas, the defendant,

ANTHONY ROGERS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 6

On or about August 30, 2021, in the Eastern District of Arkansas, the defendants,

ANTHONY ROGERS,
JOHN AMBROSELLI, and
OSBALDO RODRIGUEZ,

knowingly and intentionally attempted to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

## COUNT 7

On or about December 16, 2021, in the Eastern District of Arkansas, the defendant,

### KEVIN GINGER,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 8

On or about December 16, 2021, in the Eastern District of Arkansas, the defendant,

### KEVIN GINGER,

knowingly and intentionally possessed a firearm, that is: a S&W, model SW9VE, 9mm pistol, bearing serial number DWV2142, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 9

A.     On or about December 16, 2021, the defendant,

### KEVIN GINGER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.     Possession of a Controlled Substance with Intent (two counts), in Jefferson County, Arkansas, Circuit Court in Case Number CR-2003-615-1; and

2.     Nonsupport, in Jefferson County, Arkansas, Circuit Court in Case Number

7

2008-398-1.

B.      On or about December 16, 2021, in the Eastern District of Arkansas, the

defendant,

KEVIN GINGER,

knowingly possessed, in and affecting commerce, a firearm, that is: a S&W, model SW9VE, 9mm

pistol, bearing serial number DWV2142, in violation of Title 18, United States Code, Section

922(g)(1).

## COUNT 10

On or about May 13, 2022, in the Eastern District of Arkansas, the defendant,

CHARLES CREAL,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(C).

## COUNT 11

On or about May 13, 2022, in the Eastern District of Arkansas, the defendant,

CHARLES CREAL,

knowingly and intentionally possessed one or more of the following firearms:

1.      a Walther, model Creed, 9mm pistol, bearing serial number FCM5039;
        and

2.      a Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, bearing
        serial number JHN2071;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is:  a

violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment,

8

and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 10 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 12

A.      On or about May 13, 2022, the defendant,

CHARLES CREAL,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.    Robbery and Theft of Property, in Jefferson County, Arkansas, Circuit Court in Case Number 1998-796-1;

2.    Furnishing a Prohibited Article, in Lincoln County, Arkansas, Circuit Court in Case Number LCR-99-61-1;

3.    Theft of Property and Felon in Possession of a Firearm, in Jefferson County, Arkansas, Circuit Court in Case Number 2001-879-1;

4.    Murder in the Second Degree, Felon in Possession of a Firearm, and Possession of a Defaced Firearm, in Jefferson County, Arkansas, Circuit Court in Case Number CR-2002-221-1;

5.     Fleeing, in Jefferson County, Arkansas, Circuit Court in Case Number 2013-565-1; and

6.    Possession of a Controlled Substance, Schedule I/II, Excluding Meth, in Jefferson County, Arkansas, Circuit Court in Case Number 2013-643-1.

B.      On or about May 13, 2022, in the Eastern District of Arkansas, the defendant,

CHARLES CREAL,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

    1.    a Walther, model Creed, 9mm pistol, bearing serial number FCM5039; and

    2.    a Smith & Wesson, M&P 40 Shield, .40 caliber handgun, bearing serial number JHN2071.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13

A.    On or about May 26, 2022, the defendant,

TYRONE TACO BARKER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses committed on occasions different from one another:

    1.    Battery – 1st Degree, in Jefferson County, Arkansas, Circuit Court in Case Number cr-2011-248-1;

    2.    Possession of Drug Paraphernalia Manufacture Controlled Substance and Theft by Receiving >$1,000 <$5,000, in Jefferson County, Arkansas, Circuit Court in Case Number 2014-55-1;

    3.    Possession of Schedule VI Controlled Substance w/ Purpose to Deliver and Use or Possession of Paraphernalia to Manufacture, etc., Controlled Substance, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-17-321-5; and

    4.    Possession of a Schedule VI Controlled Substance w/ Purpose to Deliver, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-17-685-5.

B.  On or about May 26, 2022, in the Eastern District of Arkansas, the defendant,

TYRONE TACO BARKER,

knowingly possessed, in and affecting commerce, one or more rounds of Fiocchi, 9mm Luger ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 14

On or about September 19, 2022, in the Eastern District of Arkansas, the defendant,

ANTHONY ROGERS,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 15

A.  On or about September 19, 2022, the defendant,

ERRICK RACY,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Conspiracy to Commit an Offense against the United States and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in the United States District Court for the Eastern District of Arkansas in Case Number 4:01CR00044-01 GTE; and

2.  Distribution of cocaine base, in the United States District Court for the Eastern District of Arkansas in Case Number 4:10-cr-220-DPM-1.

B.  On or about September 19, 2022, in the Eastern District of Arkansas, the defendant,

ERRICK RACY,

11

knowingly possessed, in and affecting commerce, a firearm, that is: a Canik, Model TP9SF, 9mm pistol, bearing serial number T6472-21AT19987, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 16

On or about October 11, 2022, in the Eastern District of Arkansas, the defendant,

### LENCOYA STRAIN,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 17

On or about October 11, 2022, in the Eastern District of Arkansas, the defendant,

### LENCOYA STRAIN,

knowingly and intentionally possessed a firearm, that is: a Ruger, model 57, 5.7 mm pistol, bearing serial number SN642-15458, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 16 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 18

A.       On or about October 11, 2022, the defendant,

### LENCOYA STRAIN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

        1.       Theft by Receiving, in Jefferson County, Arkansas Circuit Court in Case Number CR-2009-742-5;

     2.    Possession of a Controlled Substance with Intent to Deliver, Possession of Drug Paraphernalia, and Fleeing in Jefferson County, Arkansas, Circuit Court in Case Number 2010-169-1-5;

     3.    Possession with Purpose to Deliver Controlled Substance Sched VI >14g, and Possession Drug Paraphernalia Manufacture Controlled Substance in Jefferson County, Arkansas, Circuit Court in Case Number CR-2013-521-1; and

     4.    Conspiracy to Commit Aggravated Robbery and Possession of Firearms by Certain Persons, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-16-353-5.

B.    On or about October 11, 2022, in the Eastern District of Arkansas, the defendant,

LENCOYA STRAIN,

knowingly possessed, in and affecting commerce, a firearm, that is:  a Ruger, model 57, 5.7 mm pistol, bearing serial number SN642-15458, in violation of Title 18, United States Code, Section 922(g)(1).

<b>COUNT 19</b>

On or about September 10, 2021, in Session 3102 (TP5), in the Eastern District of Arkansas, the defendant,

ANTHONY ROGERS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

13

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

On or about December 15, 2021, in Session 1530 (TP7), in the Eastern District of Arkansas, the defendant,

### LENCOYA STRAIN,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 21

On or about December 2, 2021, in Session 578 (TP7), in the Eastern District of Arkansas, the defendant,

### KENNY THOMAS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 22

On or about August 29, 2021, in Session 1680 (TP5), in the Eastern District of Arkansas, the defendant,

### JOHN AMBROSELLI,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 23

On or about December 10, 2021, in Session 1184 (TP7), in the Eastern District of Arkansas, the defendant,

### TIMOTHY AKINS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 24

On or about November 30, 2021, in Session 439 (TP7), in the Eastern District of Arkansas, the defendant,

### TYRONE TACO BARKER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 25

On or about August 21, 2021, in Session 442 (TP4), in the Eastern District of Arkansas, the defendant,

### MILKA BELL,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 26

On or about September 7, 2021, in Session 1106 (TP4), in the Eastern District of Arkansas, the defendant,

### YUHANNA CLINKSCALE,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 27

On or about September 11, 2021, in Session 3170 (TP5), in the Eastern District of Arkansas, the defendant,

### RODRIGUEZ COLLIER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 28

On or about December 10, 2021, in Session 1164 (TP7), in the Eastern District of Arkansas, the defendant,

### CHARLES CREAL,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 29

On or about December 15, 2021, in Session 1530 (TP7), in the Eastern District of Arkansas, the defendant,

### CARLOS DANIEL,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 30

On or about September 10, 2021, in Session 3118 (TP5), in the Eastern District of Arkansas, the defendant,

DEANDRE GATES,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 31

On or about December 15, 2021, in Session 1501 (TP7), in the Eastern District of Arkansas, the defendant,

KEVIN GINGER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 32

On or about September 9, 2021, in Session 2969 (TP5), in the Eastern District of Arkansas, the defendant,

DEWARREN HOLMES,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

18

## COUNT 33

On or about August 21, 2021, in Session 760 (TP5), in the Eastern District of Arkansas, the defendant,

### BRITNAY JIMENEZ,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 34

On or about August 31, 2021, in Session 1946 (TP5), in the Eastern District of Arkansas, the defendant,

### CAVIN JOHNSON,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 35

On or about September 9, 2021, in Session 3062 (TP5) in the Eastern District of Arkansas, the defendant,

### ERIC LOZANO,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

19

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 36

On or about August 31, 2021, in Session 2014 (TP5), in the Eastern District of Arkansas, the defendant,

### ERRICK RACY,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 37

On or about August 28, 2021, in Session 1537 (TP5), in the Eastern District of Arkansas, the defendant,

### DONNELL LAKEITH REED,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 38

On or about August 29, 2021, in Session 1591 (TP5), in the Eastern District of Arkansas, the defendant,

OSBALDO RODRIGUEZ,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 39

On or about September 4, 2021, in Session 2525 (TP5), in the Eastern District of Arkansas, the defendant,

ALFRED LEOTIS ROGERS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 40

On or about August 23, 2021, in Session 1045 (TP5), in the Eastern District of Arkansas, the defendant,

NICHOLAS ROGERS,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 41

On or about December 16, 2021, in Session 1610 (TP7), in the Eastern District of Arkansas, the defendant,

MATTHEW ROTH,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 42

On or about August 30, 2021, in Session 1763 (TP5), in the Eastern District of Arkansas, the defendant,

AMY SLAUGHTER,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 43

On or about August 27, 2021, in Session 1411 (TP5), in the Eastern District of Arkansas, the defendant,

NENAD STELJIC,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a

22

controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 44

On or about September 10, 2021, in Session 3079 (TP5), in the Eastern District of Arkansas, the defendant,

### TERRENCE THORNTON,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 45

On or about September 11, 2021, in Session 3159 (TP5), in the Eastern District of Arkansas, the defendant,

### HENRY EARL LOCKHART,

knowingly and intentionally used a communication facility, that is: a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 10, 14, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, or 45 of this Indictment, the

defendants, ANTHONY ROGERS, LENCOYA STRAIN, KENNY THOMAS, JOHN AMBROSELLI, TIMOTHY AKINS, TYRONE TACO BARKER, MILKA BELL, YUHANNA CLINKSCALE, RODRIGUEZ COLLIER, CHARLES CREAL, CARLOS DANIEL, DEANDRE GATES, KEVIN GINGER, DEWARREN HOLMES, BRITNAY JIMENEZ, CAVIN JOHNSON, ERIC LOZANO, ERRICK RACY, DONNELL LAKEITH REED, OSBALDO RODRIGUEZ, ALFRED LEOTIS ROGERS, NICHOLAS ROGERS, MATTHEW ROTH, AMY SLAUGHTER, NENAD STELJIC, TERRENCE THORNTON, AND HENRY EARL LOCKHART, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property:

      1.     Jewelry seized from Donnell Lakeith Reed and Tynkia Reed;

      2.     $15,005.00 seized from Charles Creal;

      3.     $19,827.00 seized from Errick Racy;

      4.     $8,711.00 seized from Lencoya Strain;

      5.     $31,757 seized from Alfred Rogers.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 10, 14, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, or 45 of this Indictment, the defendants, ANTHONY ROGERS, LENCOYA STRAIN, KENNY THOMAS, JOHN AMBROSELLI, TIMOTHY AKINS, TYRONE TACO BARKER, MILKA BELL, YUHANNA CLINKSCALE, RODRIGUEZ COLLIER, CHARLES CREAL, CARLOS DANIEL, DEANDRE GATES, KEVIN GINGER, DEWARREN HOLMES, BRITNAY JIMENEZ, CAVIN JOHNSON, ERIC LOZANO, ERRICK RACY, DONNELL LAKEITH REED, OSBALDO RODRIGUEZ, ALFRED LEOTIS ROGERS, NICHOLAS ROGERS, MATTHEW ROTH, AMY SLAUGHTER,

NENAD STELJIC, TERRENCE THORNTON, AND HENRY EARL LOCKHART, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following specific property:

1.  $15,005.00 seized from Charles Creal;

2.  $19,827.00 seized from Errick Racy;

3.  $8,711.00 seized from Lencoya Strain; and

4.  $31,757 seized from Alfred Rogers.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more of the offenses charged in Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, or 45 of this Indictment, the defendants, ANTHONY ROGERS, LENCOYA STRAIN, KENNY THOMAS, JOHN AMBROSELLI, TIMOTHY AKINS, TYRONE TACO BARKER, MILKA BELL, YUHANNA CLINKSCALE, RODRIGUEZ COLLIER, CHARLES CREAL, CARLOS DANIEL, DEANDRE GATES, KEVIN GINGER, DEWARREN HOLMES, BRITNAY JIMENEZ, CAVIN JOHNSON, ERIC LOZANO, ERRICK RACY, DONNELL LAKEITH REED, OSBALDO RODRIGUEZ, ALFRED LEOTIS ROGERS, NICHOLAS ROGERS, MATTHEW ROTH, AMY SLAUGHTER, NENAD STELJIC, TERRENCE THORNTON, AND HENRY EARL LOCKHART shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1.  a S&W, model SW9VE, 9mm pistol, bearing serial number DWV2142;

2.  a Walther, model Creed, 9mm pistol, bearing serial number FCM5039;

3.  a Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, bearing serial number JHN2071;

4.  Fiocchi, 9mm Luger ammunition;

5.  a Canik, Model TP9SF, 9mm pistol, bearing serial number T6472-21AT19987; and

6.  a Ruger, model 57, 5.7 mm pistol, bearing serial number SN642-15458.